UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALANO BLANCO,

    Petitioner,

v.                                   Case No. 3:21cv904-LC-HTC

M V JOSEPH WARDEN,

    Respondent.

_____/

# ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 26, 2021 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF Doc. 5) is adopted and incorporated by reference in this order.

2. The petition, ECF Doc. 1 is DISMISSED under Habeas Rule 4.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of September, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv904-LC-HTC